UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NO. 6:15-CV-00027 GFVT

*ELECTRONICALLY FILED*

MICHAEL JOHNSON                                                                                    PLAINTIFF

v.           **WAL-MART'S MOTION FOR SUMMARY JUDGMENT**

WAL-MART STORES EAST, LP                                        DEFENDANT

*****

Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), by counsel, pursuant to Federal Rule of Civil Procedure 56(b), moves this Court for an Order granting summary judgment in Wal-Mart's favor and dismissing all claims against it. In support, Wal-Mart relies on the attached Memorandum of Law.

                                                    Respectfully submitted,

                                                    */s/ Catherine A. Stivers*
                                                    _____
                                                    CHRISTOPHER R. CASHEN
                                                    CATHERINE A. STIVERS
                                                    DINSMORE & SHOHL, LLP
                                                    250 W. Main Street, Suite 1400
                                                    Lexington, Kentucky  40507
                                                    859-425-1000

                                                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Paul K. Croley, II
Croley, Chaney, Foley, Smith & Cessna
P.O. Box 5141
London, KY 40745
*Counsel for Plaintiff*

        */s/ Catherine A. Stivers*
        Counsel for Defendant