UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NO. 6:15-CV-00027 GFVT

*ELECTRONICALLY FILED*

MICHAEL JOHNSON          PLAINTIFF

v.      **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

WAL-MART STORES EAST, LP          DEFENDANT

\* \* \* \* \*

Plaintiff, Michael Johnson, and Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), having reached an agreement concerning all of Plaintiff's claims against Wal-Mart, and the Court having fully considered same and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that all of Plaintiff's claims against Wal-Mart are hereby dismissed with prejudice, with each party to bear its own costs.

There being no just cause for delay, this Order is final and appealable.

So ordered this the _____ day of _____, 2016.

                                                   HON. GREGORY F. VAN TATENHOVE
                                                   JUDGE, U.S. DISTRICT COURT

HAVE SEEN AND AGREED TO:

PAUL K. CROLEY, II
*Counsel for Plaintiff*

CHRISTOPHER R. CASHEN
CATHERINE A. STIVERS
*Counsel for Defendant*